UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN RE: ) )  THE SEARCH OF CONTENT AND ) RECORDS RELATING TO INFORMATION ) ASSOCIATED WITH USERNAME ) kfang3@gmail.com THAT IS STORED AT ) PREMISES OWNED, MAINTAINED, ) CONTROLLED, OR OPERATED BY ) GOOGLE, INC., AT 1600 AMPHITHEATRE ) PARKWAY, MOUNTAIN VIEW, ) CALIFORNIA ) | Case No. 20-MJ-7004 |

## ORDER

Upon the government's motion to seal the application and affidavit in support the search warrant in the above-captioned matter:

IT IS HEREBY ORDERED THAT:

The application and affidavit in support of the search warrant, the search warrant itself, and the search warrant return in the above-captioned case, and the government's motion be sealed.

E N T E R E D this 4th day of February 2020:

s/ ERIC I. LONG
_____
ERIC I. LONG
United States Magistrate Judge